**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

Josue Sales Garcia,

      Petitioner,

      v.                                                                 Case No. 2:26-cv-02276-BCL-atc

Minter et al,

      Respondents.

**ORDER DIRECTING SERVICE AND RESPONSE**

Petitioner, Josue Sales Garcia, is an illegal alien residing in Shelby County, Tennessee. Doc. 1 at 10. On March 16th, 2026, Petitioner filed for a writ of habeas corpus under 28 U.S.C. § 2241 seeking release on his own recognizance or a bond hearing under 8 U.S.C. § 1226(a). *Id.* at 1.

Petitioner is **ORDERED** to immediately serve his Section 2241 petition to Counsel for all Defendants, Stuart J. Canales, Assistant United States Attorney for the Western District of Tennessee at stuart.canale@usdoj.gov, and file a Notice so stating when he has done so. Electronic service on the United States Attorney for the Western District of Tennessee is *not* a substitute for the requirements of formal service but is instead intended only to provide the Government notice and an opportunity to be heard given the potentially expedited nature of these proceedings.

Respondent is **ORDERED** to file a response to the Petition within three (3) days of Petitioner's filing of a Notice of Service. Petitioner may file a reply within three (3) days of service of the response.

**IT IS SO ORDERED**, this 17th day of March, 2026.

s/ *Brian C. Lea*

BRIAN C. LEA
UNITED STATES DISTRICT JUDGE